IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOYCE A. KOHL | : | Case No. 3:12-CV-02190 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | (Magistrate Judge Cohn) |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY | : | |
| Defendant. | : | |

**ORDER**

April 14, 2015

AND NOW, this 14$^h$ day of April, 2015, **IT IS HEREBY ORDERED THAT:**

1. The Court adopts the Report and Recommendation of Magistrate Judge Cohn.

2. Plaintiff's objections are dismissed

3. The decision of the Commissioner is **AFFIRMED**.

4. The Clerk is directed to enter judgment in favor of the Commissioner and against the Plaintiff.

5. The Clerk of Court shall **CLOSE** the case.

                                                BY THE COURT:

                                                s/Matthew W. Brann
                                                Matthew W. Brann
                                                United States District Judge